**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

*Attorneys for Defendant*
UNUM LIFE INSURANCE COMPANY
OF AMERICA

Emily A. Bolt (State Bar No. 253109)
Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT  KEENLEY  KIM  LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*
JOLENE BAILEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE BAILEY, | ) Case No.: 3:15-cv-03612 HSG |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| v. | ) **AND RELEATED DEADLINES  AND** |
| | ) **PROPOSED ORDER** |
| UNUM LIFE INSURANCE COMPANY OF | ) |
| AMERICA, | ) Judge:  Hon. Haywood S. Gilliam, Jr. |
| | ) |
| Defendant. | ) |

## <u>JOINT STIPULATION</u>

It is hereby stipulated by and between the parties, through their attorneys of record, that

the Court continue the February 9, 2016 at 2:00 p.m. to February 19, 2016 at 2:00 p.m. and the

1    January 26, 2016 joint letter filing deadline to February 9, 2016 as the parties are scheduled for

2    private mediation on January 27, 2016.

3          By way of background, the Court issued a November 10, 2015 minute order which stated

4    as follows:

5

6          Minute Entry for proceedings held before Hon. Haywood S. Gilliam, Jr.: Case
           Management Conference held on 11/10/2015. . . . . Plaintiff Attorney Brian Kim.
7          Defendant Attorney William Reilly. Matter is continued to February 9, 2016 at
           2:00 p.m. Parties are directed to meet and confer regarding the standard of review
8          and scope of discovery and file a joint letter brief (5-10 pages in length) regarding
           any unresolved disputes by January 26, 2016.
9

10

11          The parties are scheduled to complete private mediation with Arnold Levinson on

12   January 27, 2016, the only date that was available for all of the parties.

13          Good cause exists to continue the February 9, 2016 at 2:00 p.m. Case Management

14   Conference and the January 26, 2016 joint letter brief filing deadline as it is possible that the case

15   will resolve at the mediation.  If the case resolves at mediation, then there will be no need to

16   prepare the joint letter or appear at a Case Management Conference, allowing the parties to avoid

17   unnecessarily incurring attorney fees and the Court's resources.  However, if the case does not

18   resolve at mediation, the proposed continuance will give the parties sufficient time and

19   opportunity to meaningfully meet and confer and prepare a joint letter brief that will sufficiently

20   inform the Court on unresolved disputes regarding the standard of review and the scope of

21   discovery.

22          **IT IS SO STIPULATED.**

23   Dated:  January 19, 2016                    BOLT KEENLEY KIM LLP

24

25                                               By:   /s/ Emily Bolt
                                                       Emily Bolt
26                                                     Attorneys for Plaintiff

27

28

Dated:  January 19, 2016                              RIMAC MARTIN

                                        By: /s/ Anna Martin
                                            Anna Martin
                                            Attorneys for Defendant


                                        **ORDER**

     Having reviewed the stipulation of the parties and good cause showing, the Court hereby

GRANTS the parties' stipulation, and ORDERS that the the Case Management Conference

currently scheduled for February 9, 2016 at 2:00 p.m. be continued to February **23**, 2016 at 2:00

p.m., ORDERS the January 26, 2016 joint letter filing deadline be continued to February 9,

2016.


     **IT IS SO ORDERED.**



                                        _____
                                        Hon. Haywood S. Gilliam, Jr.
                                        United States District Court Judge
                                        Northern District of California