**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
JOLENE BAILEY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE BAILEY, | CASE NO.: 3:15-cv-03612-HSG |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** |
| v. | ~~[PROPOSED]~~ **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:15-cv-03612-HSG

**IT IS HEREBY STIPULATED** by and between Plaintiff JOLENE BAILEY and UNUM LIFE INSURANCE COMPANY OF AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

**RIMAC MARTIN, P.C.**

DATED:  March 3, 2016          By:    /s/ Anna M. Martin
                                      ANNA M. MARTIN
                                      Attorneys for Defendant
                                      UNUM LIFE INSURANCE COMPANY
                                      OF AMERICA


DATED:  March 3, 2016          By:    /s/ Emily A. Bolt
                                      EMILY A. BOLT
                                      Attorney for Plaintiff
                                      JOLENE BAILEY

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
Haywood S. Gilliam, Jr.
United States District Judge